HARRIET D. GREEN, Respondent, *v.* HARRIET E. GRISWOLD, Impleaded, etc., Appellant.

(Argued June 16, 1891; decided June 25, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made May 6, 1889, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*A. R. Dyett* for appellant.

*George Walton Green* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

NELSON GOETSCHIUS, Respondent, *v.* JOHN E. HUNT, Appellant.

(Submitted June 17, 1891; decided June 25, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 13, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*Irving Brown* for appellant.

*William McCauley, Jr.,* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.